JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 2 2005

FILED
CLERK'S OFFICE

## *DOCKET NO. 1456*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-21)*

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 3 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

NEW YORK NORTHERN

| | |
|---|---|
| NYN 1  05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1  05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3  05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3  05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5  05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5  05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6  05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6  05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7  05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |

NEW YORK WESTERN

| | |
|---|---|
| NYW 1  05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1  05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1  05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1  05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~  Opposed 5/24/05 |
| NYW 6  05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6  05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6  05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |

# U.S. District Court
## Northern District of New York [LIVE - Version 2.4] (Albany)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00422-FJS-DRH

County of Rensselaer v. Abbott Laboratories, Inc. et al
Assigned to: Chief Judge Frederick J. Scullin, Jr
Referred to: Magistrate Judge David R. Homer
Related Case: 5:05-cv-00088-FJS-GHL
Cause: 42:1396 - Tort Negligence

Date Filed: 04/06/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

## Plaintiff

**County of Rensselaer**

represented by **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant
**Abbott Laboratories, Inc.**

**Defendant**
**Agouron Pharmaceuticals, Inc.**

**Defendant**
**Alcon Laboratories, Inc.**

**Defendant**
**Allergan, Inc.**

**Defendant**
**Alpharma, Inc.**

**Defendant**
**Amgen, Inc.**

**Defendant**
**Andrx Corp.**

**Defendant**
**Astrazeneca Pharmaceuticals L.P.**

**Defendant**
**Aventis Pharmaceuticals, Inc.**

**Defendant**
**Barr Laboratories, Inc.**

**Defendant**
**Baxter Healthcare Corporation**

**Defendant**
**Baxter International, Inc.**

**Defendant**
**Bayer Corp.**

**Defendant**
**Ben Venue Laboratories, Inc.**

**Defendant**
**Berlex Laboratories, Inc.**

**Defendant**
**Biogen Idec, Inc.**

**Defendant**
Biovail Pharmaceuticals, Inc.

**Defendant**
Boehringer Ingelheim Corp.

**Defendant**
Boehringer Ingelheim
Pharmaceuticals, Inc.

**Defendant**
Bristol-Meyers Squibb Company

**Defendant**
Dermik Laboratories, Inc.

**Defendant**
Dey, Inc.

**Defendant**
Eisai, Inc.

**Defendant**
Eli Lilly and Company

**Defendant**
Endo Pharmaceuticals, Inc.

**Defendant**
Ethex Corp.

**Defendant**
Forest Laboratories, Inc.

**Defendant**
Forest Pharmaceuticals, Inc.

**Defendant**
Fujisawa Healthcare, Inc.

**Defendant**
Fujisawa USA, Inc.

**Defendant**
Genentech, Inc.

**Defendant**
Genzyme Corp.

**Defendant**
Gilead Sciences, Inc.

**Defendant**
Glaxosmithkline, P.L.C.

**Defendant**
Greenstone, Ltd.

**Defendant**
Hoffman-La Roche, Inc.

**Defendant**
Immunex Corp.

**Defendant**
Ivax Corp.

**Defendant**
Ivax Pharmaceuticals, Inc.

**Defendant**
Janssen Pharmaceutica Products, LP

**Defendant**
Johnson & Johnson

**Defendant**
King Pharmaceuticals

**Defendant**
McNeil-PPC, Inc.

**Defendant**
Medimmune, Inc.

**Defendant**
Merck & Co., Inc.

**Defendant**
Monarch Pharmaceuticals, Inc.

**Defendant**
Mylan Laboratories, Inc.

**Defendant**
Mylan Pharmaceuticals, Inc.

**Defendant**
Novartis Pharmaceuticals Corp.

**Defendant**
Novo Nordisk Pharmaceuticals, Inc.

**Defendant**
Oncology Therapeutics Network
Corp.

**Defendant**
Organon Pharmaceuticals USA, Inc.

**Defendant**
Ortho Biotech Products LP

**Defendant**
Ortho-McNeil Pharmaceutical, Inc.

**Defendant**
Par Pharmaceutical, Inc.

**Defendant**
Pfizer, Inc.

**Defendant**
Pharmacia Corp.

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Purepac Pharmaceutical Co.

**Defendant**
Reliant Pharmaceuticals

**Defendant**
Roche Laboratories, Inc.

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering Corp.**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Serono, Inc.**

**Defendant**

**Smithklinebeecham Corp.**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharma, Inc.**

### Defendant

**Watson Pharmaceuticals, Inc.**

### Defendant

**Wyeth**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/06/2005 | 1 | COMPLAINT against Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc. ( Filing fee $ 250 receipt number ALB000673) filed by County of Rensselaer. (Attachments: # 1 Exhibit A# 2 Exhibit(s) B# 3 Exhibit(s) C# 4 Exhibit(s) D# 5 Exhibit(s) E)(ban) Modified on 4/7/2005 (ban). (Entered: 04/07/2005) |
| 04/06/2005 | | Summons Issued as to Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim |

| | | Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc.. (ban) (Entered: 04/07/2005) |
|---|---|---|
| 04/06/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 8/9/2005 10:30 AM in Albany before Magistrate Judge David R. Homer. Civil Case Management Plan due by 8/1/2005. (ban) (Entered: 04/07/2005) |
| 05/03/2005 | 3 | Letter from Aaron Hovan, outside counsel for County of Rensselaer requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/03/2005) |
| 05/04/2005 | 4 | NOTICE of Hearing: Initial Conference set for 10/18/2005 09:00 AM in Albany before Magistrate Judge David R. Homer. Civil Case Management Plan due by 10/11/2005. If this case is transferred to MDL this hearing will be adjourned without date. Signed by Judicial Assistant Lynda Hennessy 5/4/05. (ban) (Entered: 05/05/2005) |
| 05/16/2005 | 5 | NOTICE of filing of Conditional Transfer Order (CTO-21)for MDL. The Order was filed in the clerk's office of the Judicial PAnel for MDL on 5/12/05. The 15 day objection perios is still in effect. (tab) (Entered: 05/17/2005) |
| 05/19/2005 | 6 | NOTICE from Judicial Panel on MDL advising of a conditional transfer order; Case is stayed until further notice (kcl, ) (Entered: 05/19/2005) |
| 05/20/2005 | 7 | NOTICE re 4 Notice of Hearing. The Rule 16 Conference scheduled for 10/18/05 has been ADJOURNED WITHOUT DATE. Signed by Judicial Assistant Lynda Hennessy 5/20/05. (ban) (Entered: 05/23/2005) |

## PACER Service Center
### Transaction Receipt

06/07/2005 15:56:22

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:05-cv-00422-FJS-DRH |
| Billable Pages: | 4 | Cost: | 0.32 |